**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BEVERLY ST. JOHN             ) CIVIL ACTION NO. 08 cv 11597 RGS
                                 )
          Plaintiff          )
                                 )
v.                               )
                               )
ERIN CAPITAL MANAGEMENT, LLC and   )
LAW OFFICES HOWARD LEE SCHIFF P.C.   )
          Defendants     )

**OFFER OF JUDGMENT**

Pursuant to Fed. Rule Civ. Proc., Rule 68, defendants, ERIN CAPITAL MANAGEMENT,

LLC and LAW OFFICES HOWARD LEE SCHIFF P.C., hereby offer to permit judgment to be

entered in this matter in favor of plaintiff and against defendants, ERIN CAPITAL MANAGEMENT,

LLC and LAW OFFICES HOWARD LEE SCHIFF P.C., for the sum of $1,750.00, which sum

includes any claims for attorney's fees and costs by the plaintiff herein.

Plaintiff has ten (10) days from the date of service of this offer to provide notice that this

offer is accepted. If this offer is not accepted within ten (10) days, it shall be deemed withdrawn. If

the plaintiff does not hereafter recover a more favorable amount than this offer, plaintiff shall be

liable for all costs of defendants after this offer is made.

                            DEFENDANTS, ERIN CAPITAL MANAGEMENT LLC
                            and LAW OFFICES HOWARD LEE SCHIFF P.C.

                            Karen J. Wisniowski  BB0#633018