**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BEVERLEY ST. JOHN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08-cv-11597 RGS |
| | ) | |
| ERIN CAPITAL MANAGEMENT, LLC and | ) | |
| LAW OFFICES HOWARD LEE SCHIFF, P.C., | ) | |
|     Defendants | ) | |

**STIPULATION OF DISMISSAL**

All parties, by their attorneys do stipulate and agree that the above action and any and all counterclaims therein, having been fully settled, be dismissed with prejudice, waiving all rights of appeal, and each party to bear its own costs.

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin BBO# 56642
Law Office of Yvonne W. Rosmarin
58 Medford St.
Arlington, MA 02474
781-648-4040

s/ Karen Wisniowski   (yr)
Karen Wisniowski
Law Offices Howard Lee Schiff, P.C.
510 Tolland Street
East Hartford, CT 06108
860-528-9991